IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES E. DAVIS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-3508-CV-S-SWH-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

On Wednesday, October 26, 2005, a hearing was held on Plaintiff's Brief In Support Of Claim (doc. # 12) and the Brief for Defendant (doc. # 15). For the reasons stated at the conclusion of the hearing,[1] it is

ORDERED that the Court finds that substantial evidence on the record as a whole supports the Commissioner's final decision denying benefits to claimant. It is further

ORDERED that the Commissioner's decision is affirmed.

                                                                  /s/ *Sarah W. Hays*
                                                               SARAH W. HAYS
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's statements at the conclusion of the argument concerning its reasons for affirming the decision of the Commissioner have been typed and made a part of the record.