# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

## JUDGMENT IN A CIVIL CASE

CHARLES E. DAVIS, JR.,

    Plaintiff,

v.                                     Case No. 04-3508-CV-S-SWH-SSA

JO ANNE B. BARNHART,

    Defendant(s).

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**     **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED

that the Court finds that substantial evidence on the record as a whole supports the Commissioner's final decision denying benefits to claimant.

IT IS FURTHER ORDERED

that the Commissioner's decision is affirmed.

                                                                               PATRICIA L. BRUNE
                                                                                Clerk of the Court

                                                                       /s/ Bonnie J. Rowland
                                                                        (by) Deputy Clerk

October 28, 2005